**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

PERRY LEE JACKSON, JR                                                                                PLAINTIFF
ADC #90614

V.                                        NO: 5:08CV00143 JMM

ERIC ROUSE *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for summary judgment (docket entry #12), is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this   2   day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE