**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

PERRY LEE JACKSON, JR                                                          PLAINTIFF
ADC #90614

V.                                          NO: 5:08CV00143 JMM

ERIC ROUSE *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __2__ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE